Roberto Luis Costales, Esq. (#33696)
William H. Beaumont, Esq. (#33005)
Emily A. Westermeier, Esq. (#36294)
BEAUMONT COSTALES
3801 Canal Street Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
costaleslawoffice@gmail.com
whbeaumont@gmail.com
emily.costaleslawoffice@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTONIA HERNANDEZ, on behalf of herself and other persons similarly situated, Plaintiff, vs. MORNING CALL COFFEE STAND, INC., Defendant. | Case No.: COLLECTIVE ACTION COMPLAINT JURY TRIAL DEMANDED |

Plaintiff Antonia Hernandez, through her attorneys, Roberto Luis Costales, William H. Beaumont, and Emily A. Westermeier, files this Collective Action Complaint against Defendant Morning Call Coffee Stand, Inc.

## **NATURE OF THE ACTION**

1. This is an action by Antonia Hernandez ("Plaintiff") on behalf of herself and all others similarly situated (the "Plaintiff Class") to recover unpaid overtime wages. Plaintiff was employed as a kitchen helper by Defendant Morning Call Coffee Stand, Inc. ("Defendant"). While working for the Defendant, Plaintiff was not paid one-and-a-half times her regular hourly rate for all hours worked in excess of forty hours a workweek, in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207.

COLLECTIVE ACTION COMPLAINT - 1

2. Plaintiff seeks to recover from Defendant unpaid wages, interest, liquidated damages, and attorneys' fees and costs on behalf of herself and other similarly situated employees who worked for Defendant during the past three years. 29 U.S.C. § 216(b). Plaintiff also brings this action to obtain declaratory and injunctive relief. Id.

**JURISDICTION**

3. The Court has jurisdiction over this case pursuant to 28 U.S.C. § 1331 (federal question) and 29 U.S.C. § 216(b) (FLSA).

**VENUE**

4. Venue is proper in this Court because a substantial part of the events or omissions giving rise to the Plaintiff's claims occurred in this judicial district. See 28 U.S.C. § 1391(b).

**PARTIES**

**Plaintiff Antonia Hernandez**

5. Plaintiff is a resident of Louisiana.

6. Plaintiff was hired by Defendant in approximately February 2013 and worked for Defendant for approximately four years.

7. Plaintiff worked at one of Defendant's coffee stands located in Metairie, Louisiana.

8. Plaintiff worked as a kitchen helper. In connection therewith, Plaintiff prepared coffee, washed dishes, prepared beignets, swept, mopped, and performed other related duties.

9. Defendant paid Plaintiff $10 per hour. For every hour that she worked in excess of forty in any particular week she was still only paid $10 per hour.

10. At all relevant times, Plaintiff and the members of the proposed Plaintiff Class were "employees" of the Defendant as that term is defined in the FLSA, 29 U.S.C. § 203(e).

COLLECTIVE ACTION COMPLAINT - 2

**Defendant Morning Call Coffee Stand, Inc.**

11. Defendant Morning Call Coffee Stand, Inc. ("Morning Call") is a corporation organized under the laws of Louisiana with its principal place of business in Metairie, Louisiana.

12. Morning Call owns and operates two coffee stands in the Greater New Orleans area. Defendant's stands are open 24 hours a day and serve café au lait and beignets to locals and tourists alike.

13. Morning Call supervised the day to day work activities of Plaintiff.

14. Morning Call determined Plaintiff's work schedule for the employment at issue herein.

15. Morning Call maintains an employment file for Plaintiff.

16. Morning Call is an "enterprise" as that term is defined by the FLSA, 29 U.S.C. § 203(r)(1), and it is an enterprise engaged in commerce or in the production of goods for commerce within the meaning of the FLSA, 29 U.S.C. § 203(s)(1).

17. Morning Call is an "employer" within the meaning of FLSA, 29 U.S.C. § 203(d), an "enterprise" within the meaning of FLSA, 29 U.S.C. § 203(r), and "engaged in commerce" within the meaning of FLSA, 29 U.S.C. § 203(s)(1).

## FACTUAL ALLEGATIONS

18. Defendant Morning Call owns and operates two 24-hour coffee and beignet stands in the Greater New Orleans area.

19. Defendant employed at least ten kitchen helpers at each of its locations.

20. Plaintiff normally worked more than forty hours a week for Defendant. On average, Plaintiff worked at least 57 hours per week. Defendants often required Plaintiff to work at least six days per week.

COLLECTIVE ACTION COMPLAINT - 3

21. Plaintiff was paid by check for the first 40 hours of work. The check bore the name "Morning Call Coffee Stand, Inc." For the remaining hours of work, Plaintiff was paid with cash.

22. Defendant never paid Plaintiff one-and-half times her hourly rate for all hours worked in excess of forty in a workweek.

23. Defendant willfully violated Plaintiff's rights under the FLSA because Defendant knew or showed reckless disregard for the fact that its compensation practices violated the FLSA. Defendants were and are aware of the custom and practice of overtime pay from their experience and expertise in the industry in which they work.

## COLLECTIVE ACTION ALLEGATIONS

24. Defendant paid the named Plaintiff and other similarly situated employees at an hourly rate for work performed.

25. Defendant treated the named Plaintiff and other similarly situated employees as exempt from the FLSA's overtime requirements.

26. When the named Plaintiff and other similarly situated employees worked for Defendant, they were not exempt from the FLSA's overtime requirement.

## COUNT I
## Fair Labor Standards Act – FLSA Overtime Class

27. Plaintiff incorporates by reference each of the preceding allegations as though fully set forth herein.

28. Plaintiff brings the claims set forth in Count I, alleging violations of the FLSA, as a putative collective action on behalf of herself and an "FLSA Overtime Class," consisting of all current and former employees of the Defendant who are or have been employed by Defendant during the three years immediately preceding the filing of this suit as hourly, non-exempt employees and who, during that period, worked in excess of forty hours in any work week and

COLLECTIVE ACTION COMPLAINT - 4

failed to receive premium pay, at the rate of one-and-a-half times their regular rate of pay, for all hours worked in excess of forty in a workweek.

29. Defendant willfully violated the overtime provisions of the FLSA, 29 U.S.C. § 207(a) by not paying Plaintiff and other similarly situated employees one-and-a-half times their regular rate for all hours worked in excess of forty in a workweek from at least March 2014 and continuing until the present.

30. As a consequence of Defendant's FLSA violations, Plaintiff and other similarly situated employees are entitled to recover their unpaid overtime wages, plus an additional amount in liquidated damages, pursuant to 29 U.S.C. § 216(b).

## **PRAYER FOR RELIEF**

Plaintiff asks the court to enter judgment in her favor against Defendant and issue an order:

a. Certifying this case as a collective action under 29 U.S.C. § 216(b) and ordering that notice of the lawsuit be issued in an effective manner to the FLSA Overtime Class so that similarly situated employees may promptly file consent forms and join this action, 29 U.S.C. § 216(b);

b. Entering judgment in the amount of all unpaid overtime wages due and owing to the Plaintiffs as well as all applicable liquidated damages;

c. Declaring that Defendants' conduct violated the FLSA;

d. Enjoining Defendants from violating the FLSA's overtime and minimum wage provisions;

e. Awarding Plaintiffs their reasonable attorneys' fees and costs of this action;

f. Awarding pre-judgment and post-judgment interest on all monetary amounts awarded in this action; and

g. Awarding such other general and equitable relief as this Court deems equitable and just.

COLLECTIVE ACTION COMPLAINT - 5

## **JURY DEMAND**

Plaintiff demands trial by jury on all issues for which a jury trial is allowed.

*Respectfully submitted,*

*/s/ Roberto Luis Costales*
_____
Roberto Luis Costales
3801 Canal Street, Suite 207
New Orleans, LA 70119
Louisiana Bar #33696
Telephone: (504) 534-5005
Facsimile: (504) 272-2956
*costaleslawoffice@gmail.com*

*/s/ William H. Beaumont*
_____
William H. Beaumont
3801 Canal Street, Suite 207
New Orleans, LA 70119
Louisiana Bar #33005
Telephone: (504) 483-8008
*whbeaumont@gmail.com*

*/s/ Emily A. Westermeier*
_____
Emily A. Westermeier
3801 Canal Street, Suite 207
New Orleans, LA 70119
Louisiana Bar #36294
Telephone: (504) 534-5005
*emily.costaleslawoffice@gmail.com*

*Attorneys for Plaintiff*