# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANTONIA HERNANDEZ** | * | **CIVIL ACTION NO: 17-2613** |
| | * | |
| | * | **SECTION " L "** |
| **VERSUS** | * | |
| | * | **MAG. 1** |
| **MORNING CALL COFFEE STAND, INC.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO APPROVE FLSA SETTLEMENT

The Parties move this Court to approve the settlement that has been reached as set forth in

the accompanying memorandum.

Respectfully Submitted,

/s/ Clement P. Donelon
CLEMENT P. DONELON, (LA. BAR #4996)
3900 N. Causeway Blvd., Suite 1470
One Lakeway Center
Metairie, Louisiana 70002
Telephone: (504) 887-0077
Facsimile: (504) 887-0078
cpdlaw@aol.com
cdonlaw@gmail.com
Counsel for Defendant

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| | |
| /s/ William H. Beaumont | /s/ Emily A. Westermeier |
| William H. Beaumont | Emily A. Westermeier |
| 3801 Canal Street, Suite 207 | 3801 Canal Street, Suite 207 |
| New Orleans, LA 70119 | New Orleans, LA 70119 |
| Louisiana Bar #33005 | Louisiana Bar # |
| Telephone: (504)483-8008 | Telephone: (504)483-8008 |
| whbeaumont@gmail.com | eaw@beaumontcostales.com |
| Counsel for Plaintiffs | Counsel for Plaintiffs |

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2018, I served a copy of this *Motion to Approve FLSA Settlement* on counsel via the Court's CM/ECF system.


/s/ Clement P. Donelon