## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANTONIA HERNANDEZ** | * | **CIVIL ACTION NO: 17-2613** |
| | * | |
| | * | **SECTION " L "** |
| **VERSUS** | * | |
| | * | **MAG. 1** |
| **MORNING CALL COFFEE STAND, INC.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

1. Plaintiffs, Antonia Hernandez, Angelo Albers, Sr., and David McEniry sued Defendant, Morning Call Coffee Stand, Inc., for alleged violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, including the alleged failure to pay overtime hours worked in excess of forty hours in a workweek. Defendant denies all of Plaintiffs' allegations and there is a bona fide dispute regarding the amounts Plaintiffs allege that they are owed in this litigation.

2. Plaintiffs and Defendant jointly move for approval of their settlement agreement to resolve a bona fide dispute regarding Plaintiffs' claims.

3. The amounts to be paid to Plaintiffs under the settlement are:

    Antonia Hernandez        $5,250.00

    Angelo Albers, Sr.        $3,100.00

    David McEniry            $ 500.00

4. These dollar amounts were reached by multiplying the number of hours of overtime that each Plaintiff maintains that she/he worked by her/his overtime rate (time-and-a-half). That figure was then doubled to account for liquidated damages. These calculations were based on a time period extending backwards from the date that Plaintiff filed this action to the date they were first employed by Defendant---- up to the three year statutory maximum.

5. Thereafter, the parties negotiated the resolution of bona fide disputes as to Plaintiffs' claims, including Plaintiffs' claim for attorneys' fees and costs, based on the deposition testimony of the Plaintiffs regarding their respective claims

6. Defendants agree to pay Plaintiffs' attorney's fees and costs. Defendant is to pay Plaintiffs' attorneys' fees and costs of $17,650.00

7. The Court approves the proposed settlement as a fair and reasonable compromise of a bona fide dispute under the FLSA. The Motion for approval is granted.

SO ORDERED this  5th  day of      September        , 2018.

_____
United States District Court Judge

Respectfully Submitted,

/s/ Clement P. Donelon
CLEMENT P. DONELON, (LA. BAR #4996)
3900 N. Causeway Blvd., Suite 1470
One Lakeway Center
Metairie, Louisiana 70002
Telephone: (504) 887-0077
Facsimile: (504) 887-0078
cpdlaw@aol.com
cdonlaw@gmail.com
Counsel for Defendant

Respectfully Submitted,         Respectfully Submitted,

/s/ William H. Beaumont          /s/ Emily A. Westermeier
William H. Beaumont              Emily A. Westermeier
3801 Canal Street, Suite 207     3801 Canal Street, Suite 207
New Orleans, LA 70119            New Orleans, LA 70119
Louisiana Bar #33005             Louisiana Bar #
Telephone: (504)483-8008         Telephone: (504)483-8008
whbeaumont@gmail.com             eaw@beaumontcostales.com
Counsel for Plaintiffs           Counsel for Plaintiffs