UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTONIA HERNANDEZ | * | CIVIL ACTION NO: 17-2613 |
| | * | |
| | * | SECTION " L " |
| VERSUS | * | |
| | * | MAG. 1 |
| MORNING CALL COFFEE STAND, INC. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

**CONSIDERING THE MOTION TO DISMISS WITH PREJUDICE** filed by Plaintiffs, Antonia Hernandez, Angelo Albers, Sr., and David McEniry,

**IT IS HEREBY ORDERED** that this matter be, and the same is hereby dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this  17th  day of           October          , 2018.

_____
UNITED STATES DISTRICT JUDGE